# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **MARTEZ WILLIAMS,** | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:17-cv-844 |
| **BEYOND THE EDGE, LLC** and **DAVID G. NOBLE** | ) |
| | ) Judge Crenshaw |
| Defendants. | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COME NOW** MARTEZ WILLIAMS (herein "Plaintiff") and BEYOND THE EDGE, LLC and DAVID G. NOBLE (herein "Defendants") (collectively the "Parties") and state that this matter has been resolved. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the undersigned counsel stipulate that all claims that were or could have been brought against Defendants be dismissed in its entirety with prejudice, with each party to bear its own costs.

[SIGNATURE PAGE TO FOLLOW]

**SEEN AND AGREED** this the 8th day of August, 2017.

/s/ Jake VanAusdall
Jake VanAusdall, Esq. #35369
Todd Cole, Esq. - #31078
Advocacy Law Group
750 Old Hickory Boulevard
Building Two, Suite 202B
Brentwood, TN 37027
Telephone: (615) 435-9641
Fax: (615) 261-9182
jvanausdall@algtn.com
*Attorneys for Plaintiff*


/s/ Matthew Haskell (per consent)
Matthew Haskell, Esq.
Gullet, Sanford, Robinson & Martin
150 Third Avenue South
Suite 1700
Nashville, TN 37201
615-244-4994
mhaskell@gsrm.com
*Attorney for Defendants*