# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| MARTEZ WILLIAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:17-cv-00844 |
| | ) CHIEF JUDGE CRENSHAW |
| BEYOND THE EDGE, LLC and DAVID G. NOBLE, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Doc. No. 11). Accordingly, this action is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to close the file.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE